1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

REBECCA DOYLE,

CASE NO. 14-cv-05738-RJB

Plaintiff,

ORDER ADOPTING REPORT AND
RECOMMENDATION

12

13

v.

14

CAROLYN COLVIN,

Defendant.

15

16

     This matter comes before the Court on United States Magistrate Judge J. Richard

17

Creatura's Report and Recommendation (Dkt. 21). The Court has considered the Report and

18

Recommendation, and the file herein.

19

     Magistrate Judge Creatura's recommends that the Court reverse and remand this case for

20

further proceedings. Dkt. 21. Defendant has filed no objections to the Report and

21

Recommendation. Accordingly, the Court, having reviewed the Report and Recommendation,

22

and the file herein, does hereby find and **ORDER** that:

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(1)   The Court **ADOPTS** the Report and Recommendation (Dkt. 21).

(2)   Under 42 U.S.C. § 405(g), this matter is **REVERSED** and **REMANDED** to the Commissioner for further consideration consistent with the Report and Recommendation.

(3)   The Clerk should enter judgment for plaintiff, and the case should be closed.

(4)   The Clerk shall direct copies of this Order to all counsel and to Magistrate Judge J. Richard Creatura.

Dated this 23rd day of March, 2015.

ROBERT J. BRYAN
United States District Judge